JS-6

FILED
CLERK, U.S. DISTRICT COURT
10/7/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIANA SANTOS,<br><br>        Plaintiff,<br><br>        v.<br><br>BEVERLY RADIOLOGY MEDICAL GROUP,<br><br>        Defendant. | Case No. CV 19-6509 FMO (JPRx)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned case is **dismissed with prejudice**.

Dated this 7th day of October, 2019.

                                                          /s/
                                      Fernando M. Olguin
                                  United States District Judge